UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60689-CIV-DIMITROULEAS

GLADYS S. VANDESANDE,

    Plaintiff,

vs.

JOHN E. POTTER, as Postmaster General of
the United States Postal Service.

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court upon Defendant's Unopposed Motion for Enlargement of Time, filed herein on July 11, 2008. [DE-5]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) Defendant's Unopposed Motion for Enlargement of Time [DE-5] is **GRANTED**.

2) Defendant shall file a response to the Complaint on or before August 13, 2008.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of July, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Roderick V. Hannah, Esq.

David I. Mellinger, AUSA